# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Dingxi Longhai Dairy, Ltd.,<br><br>    A China Company incorporated in the Province of Gansu, China,<br><br>              Plaintiff,<br><br>vs.<br><br>Becwood Technology Group L.L.C.,<br><br>    A U.S. Company incorporated in the State of Minnesota, USA,<br><br>             Defendant. | Case Type: Other Contract<br>Court File No. 08-cv-762(DSD/SRN)<br><br><br>**PLAINTIFF'S CROSS-MOTION and OPPOSITION TO DEFENDANT'S MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO Fed. R. Civ. P. 54(b)** |

## MOTION

    Pursuant to Fed. R. Civ. P. 54(b), plaintiff Dingxi Longhai Dairy, Ltd. ("Longhai") hereby cross-moves the Court for reconsideration of its Order, dated July 1, 2008, dismissing certain claims of the plaintiff, and opposes defendant Becwood Technology Group LLC's Motion for Entry of Final Judgment. In support of this cross-motion and opposition, Longhai relies upon the accompanying Memorandum of Law, the Declarations of Anthony J. Pruzinsky and Delin Qu, all pleadings and records filed in this action, and upon such other matters as may be presented to the Court at the time of the hearing, scheduled for July 17, 2009, at 9:00am, in Courtroom 14W of the U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, 55415.

Dated: New York, New York  
      June 24, 2009

**s/ Anthony J. Pruzinsky**  
Anthony J. Pruzinsky, Esq.  
NY No. AP8534  
Hill Rivkins & Hayden LLP  
45 Broadway, Suite 1500  
New York, NY 10006  
Tel: (212) 669-0600  
Fax: (212) 669-0699  

**Attorneys for Plaintiff,**  
**Dingxi Longhai Dairy, Ltd.**